**EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/16/2022 | $24,718.03 |

TOTAL TRANSFERS:  $24,718.03